STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Michael Benny Miller
Miller & Associates
315 N. Parkerson Ave
Crowley LA 70526

Jacqueline K. Becker
Miller & Associates
P. O. Box 1630
Crowley LA 70527-1630

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on July 1, 2020

**REHEARING ACTION: July 1, 2020**

**Docket Number: 19   00773-WCA**

**WALTER ZINN
VERSUS
ZAGIS, USA, LLC**

**Appealed from Office of Workers' Compensation - # 3 Case No. 16-04400**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett
Hon. Shannon J. Gremillion
Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the Application

for Rehearing **AND** the Motion and Order for En Banc Hearing filed by **Walter Zinn**

have this day been

**DENIED.**

cc: Matthew William Tierney, Counsel for the Appellee